**CERTIFICATE TO BE FILED WITH NOTICE OF APPEAL**
**TO THE COURT OF APPEALS**

APPELLATE NO.

TRIAL COURT NO. 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

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
8/7/2015 3:41:36 PM
CATHY S. LUSK
Clerk

| | | |
|---|---|---|
| DAVID ERIC BROWNE<br>TDCJ # 1948899 | * | IN THE DISTRICT COURT OF |
| VS. | * | ANDERSON COUNTY, TEXAS |
| R. GOINGS, ET AL | * | 369TH JUDICIAL DISTRICT |

**The records in my office reflect the following information in this case:**

CASE TYPE: INMATE – DAMAGES NONAUTO

JUDGMENT OR APPEALABLE ORDER SIGNED: 03.17.2015

MOTION FOR NEW TRIAL FILED:N/A

NOTICE OF APPEAL FILED: 07.31.2015

REQUEST FOR FINDINGS OF FACT: N/A

DATE REQUEST FOR REPORTER'S RECORD FILED: N/A

PRESIDING TRIAL COURT JUDGE: BASCOM BENTLEY

TRIAL COURT REPORTER(S): N/A

WAS APPELLANT DECCLARED INDIGENT?      YES:  X        NO:

APPELLANT'S COUNSEL IS:    RETAINED:        APPOINTED:    PRO SE:  X

APPELLANT'S      ATTORNEY:  DAVID BROWNE #1948899
                 ADDRESS:   WAUNE SCOTT UNIT
                            6999 RETRIEVE RD
                            ANGLETON, TX. 77515-6618
                 TELEPHONE: N/A
                 FAX:       N/A
                 STATE BAR CARD NO.: N/A

APPELLEE'S ATTORNEY: ALLYSON MITCHELL, Dist. Atty.
ADDRESS: 500 N. Church St.
PALESTINE, TEXAS 75801
TELEPHONE: 903-723-7400
STATE BAR CARD NO.: 24026884
EMAIL: amitchell@co.anderson.tx.us


DATED THIS 7TH DAY OF AUGUST, 2015.

JANICE STAPLES
DISTRICT CLERK


BY: _Becky Brewster_
DEPUTY-Becky Brewster

(Complete in duplicate – Original to 12th Court Of Appeals/Trial Court
1517 W. Front St., Ste. 354, Tyler, TX 75702)

*** **ATTACHED IS A FILE-MARKED COPY OF THE NOTICE OF APPEAL TO THIS FORM. PLEASE BE SURE THAT ALL OF THE REQUESTED INFORMATION IS COMPLETE. THANK YOU.**

CAUSE NO. 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

FILED FOR RECORD
At 2:40 o'clock PM

MAR 17 2015

JANICE STAPLES
District Clerk, Anderson County, TX
by_____ Dep.

| | | |
|---|---|---|
| DAVID BROWNE<br>#1948899 | § | IN THE DISTRICT COURT |
| | § | 369TH JUDICIAL DISTRICT |
| VS | § | |
| R. GOINGS, ET AL | § | ANDERSON COUNTY, TEXAS |

## ORDER OF DISMISSAL

On February 25, 2015, Plaintiff filed Original Petition. It is obvious to the Court that this civil action is not brought under the Family Code and is a cause of action governed by Chapter 14 of the Texas Civil Practices and Remedies Code. The Court finds that the claim to be frivolous or malicious.

The Court finds the claims frivolous under Chapter 14.003(a)(b). The Court also finds the Plaintiff failed to file an affidavit or unsworn declaration of inability to pay costs. Plaintiff's request is denied.

It is hereby, ORDERED, ADJUDGED AND DECREED that the action of Plaintiff against Defendant be dismissed without prejudice.

It is further ORDERED that the inmate pay an amount equal to the lesser of:

1) 20 percent of the preceding six month deposits to the inmate's trust account; or

2) the total amount of court fees and costs charged to the inmate in this cause.

In each month following the month in which payment is made above, the inmate shall pay an amount equal to the lesser of:

1) 10 percent of that month's deposits to the trust account; or

2) the total amount of court fees and costs that remain unpaid as charged to the inmate in this cause.

Such monthly payments shall continue until the total amount of court fees and costs are paid or until the inmate is released from confinement.

The District Clerk shall forward a current cost bill, a copy of the Plaintiff's original complaint, and a copy of this order to the Texas Department of Criminal Justice, Litigation Support Program. The Texas Department of Criminal Justice shall withdraw money from the trust account of the inmate in accordance with this order and shall hold the money in a separate account. The Texas Department of Criminal Justice shall forward the money to the District Clerk of Anderson County on the earlier of the following dates:

1) the date the total amount to be forwarded equals the total amount of court fees and costs $_____ that remain unpaid; or

2) the date the inmate is released.

SIGNED AND ENTERED on this the _17_ day of _March_, 2015

_____
Presiding Judge

CAUSE NO. 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

FILED FOR RECORD
At_____o'clock_____

JUL 31 2015

JANICE STAPLES
District Clerk, Anderson County, TX
by_____ Dep.

DAVID BROWNE
#1948899

v.

R. Goings, Et AL

IN THE DISTRICT COURT
369TH JUDICIAL District
Anderson County, TEXAS

## Notice of Appeal

To THE Honorable Judge of SAID COURT:

COMES now DAVID ERIC BROWNE #1948899, The plaintiff in the above entitled and numbered cause. Respectfully Request Re-hearing or Appeal in the Cause above, On the grounds as follows:

### I.

District Clerk's mishandling of Tort Claim

### II.

Fraudulant Dismissal grounds, Petitioner did infact file Tort claim under proper Inmate litigation Civil practice + Remedies Code Chapter 14, And not Family code as alleged in Dismissal

### III.

Plaintiff has a civil entitlement to be heard by magistrate or jury trial hearing, and was never given notice of this entitlement And Thus violates 14th Amendment equal protection of the law.

Where by Respectfully submitted, And request processing and summons to all parties in Appeal for pro se Action.

Respectfully submitted: An DAT

David Browne #1948899          7-16-15

DAVID BROWNE #1948899
Wayne Scott Unit
6999 Retrieve Rd
Angleton TX. 77515-6618

7-16-15

## CERTIFICATE OF SERVICE

I hereby certify that on 7-16 2015 a true and correct copy of Notice of Appeal was mailed to the District Clerk Janice Staples 500 N. CHURCH ST. Rm 18 Palestine TX 75801 by U.S. First class mail.

_____
Appellant pro se

I DAVID ERIC BROWNE, TDCJ #1948859, being presently incarcerate in the wayne Scott Unit of the Texas Department of Criminal Justice - Institutional Division in Brazoria County Texas verify and declare under penalty of perjury that the fore going Statements are true and correct, Executed this day July 16, 2015.

_____
   1948859          TDCJ #_____

<u>UNSWORN DECLARATION</u>

I DAVID ERIC BROWNE TDCJ-ID# 1948899 being presently incarcerated in the WAyne Scott unit 6999 Retrieve Rd Angleto- Texas 77515 TEXAS DEPARTment of Criminal Justice, Brazoria County Texas Declare under penalty of perjury that I Am the Applicant in the above and foregoing Petition I have read said Petition and the factual allegations of the same are true and correct. Executed on this the _____ day of _____ 2015.

                      #1948899

                      Respondent Pro SE

DAVID ERIC BROWNE #1948899
WAyne Scott unit
6999 Retrieve Rd
Angleton Texas
77515

FILED FOR RECORD

At 3:43 o'clock p.m.

JUL 31 2015

JANICE STAPLES
District Clerk, Anderson County, TX
by_____Dep.

```
CSINIB02/CINIB02    TEXAS DEPARTMENT OF CRIMINAL JUSTICE      07/22/15
RV13/JC00056              IN-FORMA-PAUPERIS DATA               15:01:05
TDCJ#: 01948899 SID#: 04543040 LOCATION: WAYNE SCOTT U   INDIGENT DTE: 06/23/15
NAME: BROWNE, DAVID ERIC              BEGINNING PERIOD: 01/01/15
PREVIOUS TDCJ NUMBERS: 00633827 00779613 00965549
CURRENT BAL:       0.00 TOT HOLD AMT:       0.00 3MTH TOT DEP:     150.00
6MTH DEP:        150.00 6MTH AVG BAL:       4.62 6MTH AVG DEP:      25.00
MONTH HIGHEST BALANCE TOTAL DEPOSITS    MONTH HIGHEST BALANCE TOTAL DEPOSITS
06/15      50.00          50.00         03/15      0.00           0.00
05/15      50.00          50.00         02/15      0.00           0.00
04/15      50.00          50.00         01/15     61.73           0.00
PROCESS DATE   HOLD AMOUNT    HOLD DESCRIPTION
```

STATE OF TEXAS COUNTY OF Brazoria
ON THIS THE 22 DAY OF July 2015 I CERTIFY THAT THIS DOCUMENT IS A TRUE,
COMPLETE, AND UNALTERED COPY MADE BY ME OF INFORMATION CONTAINED IN THE
COMPUTER DATABASE REGARDING THE OFFENDER'S ACCOUNT. NP SIG:
PF1-HELP PF3-END ENTER NEXT TDCJ NUMBER: _____ OR SID NUMBER: _____

CAROL M. JENNINGS
Notary Public. State of Texas
My Commission Expires
07-09-2018
Notary Without Bond

FILED FOR RECORD
At 3:43 o'clock P.m.

JUL 31 2015

JANICE STAPLES
District Clerk, Anderson County, TX
by_____ Dep.

DAVID ERIC BROWNE #1948899
Plaintiff's name and ID Number

WAYNE Scott Unit
Place of Confinement

CASE NO. 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
(Clerk will assign the number)

V.
R. Gangs
C.O. WARRiNGTON
M. THORN

Co PARKER
Defendant's name and address

APPLICATION TO PROCEED
IN FORMA PAUPERIS

#1948899

I, DAVID ERIC BROWNE, declare, depose, and say I am the Plaintiff in the above entitled case. In support of my motion to proceed without being required to prepay fees, costs, or give security therefor, I state because of my poverty, I am unable to pay in advance the filing fee for said proceedings or to give security for the filing fee. I believe I am entitled to relief.

I, further declare the responses which I have made to the questions and instructions below are true.

1. Have you received, within the last 12 months, any money from any of the following sources?

| | | Yes | No |
|---|---|---|---|
| a. | Business, profession or from self-employment? | ☐ | ☑ |
| b. | Rent payments, interest or dividends? | ☐ | ☑ |
| c. | Pensions, annuities or life insurance payments? | ☐ | ☑ |
| d. | Gifts or inheritances? | ☐ | ☑ |
| e. | Family or friends? | ☑ | ☐ |
| f. | Any other sources? | ☐ | ☑ |

If you answered YES to any of the questions above, describe each source of money and state the amount received from each during the past 12 months.
50⁰⁰ April 2015 / 85.95 Dec, 2014 /Nov. 20⁰⁰ 2014 for 6 months 155.95 → Approx. 12 months
My pastor, my friend's and prior to those dates 0.00

2. Do you own cash, or do you have money in a checking or savings account, including any funds in prison accounts?

Yes ☐  No ☑

If you answered YES to any of the questions above, state the total value of the items owned.

N/A

1



3. Do you own real estate, stocks, bonds, note, automobiles, or other valuable property, excluding ordinary household furnishings and clothing?

Yes ☐     No ☑

If you answered **YES**, describe the property and state its approximate value.

N/A

I understand a false statement in answer to any question in this affidavit will subject me to penalties for perjury. I declare (certify, verify, or state) under penalty of perjury that the foregoing is true and correct (28 U.S.C. §1746).

Signed this the ___22nd___ day of ___July___, 20_15_.

_____ 1947889
Signature of Plaintiff            ID Number

**YOU MUST ATTACH A CURRENT SIX (6) MONTH HISTORY OF YOUR INMATE TRUST ACCOUNT. YOU CAN ACQUIRE THE APPROPRIATE INMATE ACCOUNT CERTIFICATE FROM THE LAW LIBRARY AT YOUR PRISON UNIT.**

2

☆ATCIFP (REV. 9/02)